# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY KARBASH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-7973 |
| ) | |
| SAGENT PHARMACEUTICALS, INC., ) | Judge James B. Zagel |
| ROBERT FLANAGAN, ALLAN ) | Magistrate Judge Susan Cox |
| OBERMAN, ANTHONY KRIZMAN, ) | |
| MARY TAYLOR BEHRENS, MICHAEL ) | |
| FEKETE, SHLOMO YANAI, NICHI-IKO ) | |
| PHARMACEUTICAL CO., LTD., and ) | |
| SHEPARD VISION, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

**WHEREAS**, on July 20, 2016, Sagent Pharmaceuticals, Inc. ("Sagent" or the "Company"), Nichi-Iko Pharmaceutical Co., Ltd. ("Parent"), and Parent's wholly-owned subsidiary, Shepard Vision, Inc. ("Merger Sub," and together with Parent, "Nichi-Iko"), entered into an agreement and plan of merger (the "Merger Agreement") pursuant to which Nichi-Iko would acquire all of the outstanding shares of Sagent common stock for $21.75 per share in cash (the "Proposed Transaction") pursuant to a tender offer (the "Tender Offer");

**WHEREAS**, on August 1, 2016, Nichi-Iko filed a Tender Offer Statement on Schedule TO with the Securities and Exchange Commission (the "SEC"), which indicated that the Tender Offer was scheduled to close at midnight New York time on August 26, 2016;

**WHEREAS**, also on August 1, 2016, Sagent filed a Solicitation/Recommendation Statement on Schedule 14D-9 with the SEC (the "Recommendation Statement") that contained various disclosures concerning the Proposed Transaction;

**WHEREAS**, on August 8, 2016, Sagent stockholder Cynthia Van Matre filed a putative stockholder class action complaint captioned *Cynthia Van Matre v. Allan Oberman, et al.*, Docket No. 2016-CH-10413 (the "State Court Action") in the Circuit Court of Cook County, Illinois, Chancery Division (the "State Court") that alleged, among other things, Sagent's Board of Directors breached its fiduciary duties by approving the Proposed Transaction and making public disclosures in the Recommendation Statement concerning the Proposed Transaction that were false and misleading;

**WHEREAS**, on August 8, 2016, the plaintiff in the State Court Action drafted a Motion for Expedited Proceedings and, on August 9, 2016, contacted the law firm representing Sagent and its Board of Directors to inquire about service and their willingness to voluntarily provide expedited discovery in lieu of motion practice;

**WHEREAS**, on August 9, 2016, Sagent stockholder Jeffrey Karbash ("Plaintiff") filed a putative stockholder class action complaint in the above-captioned action (the "Action," and together with the State Court Action, the "Actions") in this Court that alleged, among other things, Sagent's Board of Directors violated various provisions of the Securities Exchange Act of 1934 because the public disclosures Sagent made in the Recommendation Statement were false and misleading;

**WHEREAS**, also on August 9, 2016, Plaintiff in the Action filed a motion for a preliminary injunction barring Sagent from completing the Tender Offer (the "Motion") and a motion to shorten the briefing schedule and for an expedited hearing on the Motion prior to the completion of the Tender Offer;

**WHEREAS**, counsel for plaintiffs in the Actions subsequently agreed to coordinate efforts to jointly prosecute the Actions;

**WHEREAS**, following the filing of the Motion, counsel for the parties to the Actions engaged in negotiations for defendants to produce certain documents to plaintiffs' counsel on a confidential basis, and Sagent subsequently produced certain documents to plaintiffs on a confidential basis so that they could evaluate the strengths and weaknesses of their claims and the possibility of a settlement of the Actions;

**WHEREAS**, following the review and analysis of the confidential documents, the Recommendation Statement, and other public documents and after consultation with a financial expert, counsel for plaintiffs engaged in extensive arm's-length negotiations with counsel for defendants concerning a possible resolution of the Actions if defendants made certain supplemental disclosures that plaintiffs and their counsel believed to be material prior to the close of the Tender Offer so as to afford Sagent's stockholders an opportunity to make an informed decision on whether to tender their shares;

**WHEREAS**, on August 18, 2016, the parties reached an agreement-in-principle to settle the Actions (the "Settlement"), as set forth in a Memorandum of Understanding (the "MOU"), which was fully executed by the parties on August 18, 2016;

**WHEREAS**, the parties to the Actions are in the process of negotiating a stipulation of settlement, which will be presented to the State Court, in which the State Court Action is pending;

**WHEREAS**, counsel for Plaintiff in the Action intend to participate in any petition to the State Court for an award of attorneys' fees and expenses as a result of the Settlement;

**WHEREAS**, the parties have not yet negotiated any attorneys' fees and expenses that may be payable as a result of the Settlement and do not expect to do so until the stipulation of settlement has been agreed upon;

3

**NOW, THEREFORE, PLEASE TAKE NOTICE** that, no class having been certified or sought to be certified and no opposing party having served an answer or motion for summary judgment, Plaintiff hereby dismisses the above-captioned Action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure without prejudice as to any individual or class claims in this action. Information about the dismissal of this Action, including the amount, if any, of attorneys' fees and expenses to be paid, subject to the approval of the State Court, as a result of the Settlement, will be included in the notice to be disseminated in connection with the settlement proceedings in the State Court Action as set forth above.

Dated: October 6, 2016

Respectfully submitted,

/s/ *Theodore Bell*
Theodore B. Bell, Esq.
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
One Dearborn Street, Suite 2122
Chicago, Illinois 60603
Tel: (312) 984-0000
Fax: (312) 984-0001
tbell@whafh.com

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Brian D. Long
Gina M. Serra
Jeremy J. Riley
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel: (302) 295-5310
Fax: (302) 654-7530

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 5, 2016, he caused the foregoing document to be filed with the clerk of the United States District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ Theodore B. Bell
Theodore B. Bell
